Stuart D. Gavzy, Esquire
163 East Main Street
Little Falls, New Jersey 07424
973-256-6080
Fax: 973-256-3665
Attorney for Debtors,
(SG0543)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

_____
In the Matter of                           : Case No.:  05-25919
                                           : Chapter 13
Vanessa Pender                             :
                                           : **SUBSTITUTION OF ATTORNEY**
_____:
Debtor(s)

    The undersigned hereby consent to the substitution of Stuart D. Gavzy, Esq., 163 East Main Street, Little Falls, New Jersey, as attorney for the Debtor, Vanessa Pender, in the above-referenced proceeding.

/s/ Stuart D. Gavzy, Esq.            /s/ Aurelia Mitchell Durant, Esq.
Stuart D. Gavzy                      Aurelia Mitchell Durant
Superceding Attorney                 Withdrawing Attorney